AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

JAMES HAFFNER

)
) Case: 1:21-mj-00672
) Assigned To : Meriweather, Robin M.
) Assign. Date : 11/30/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAMES HAFFNER                                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) (Assaulting, Resisting, or Impeding Certain Officers or Employees); 18 U.S.C. § 231(A)(3) (Obstruction of Law Enforcement During a Civil Disorder); 18 U.S.C. § 1752(a)(1) and (2) (unlawful entry on restricted buildings or grounds); 40 U.S.C. § 5104(e)(2)(D) and (F) (Violent Entry and Disorderly Conduct on Capitol Grounds)

Date:   11/30/2021

Robin M. Meriweather
2021.11.30 09:53:46
-05'00'

*Issuing officer's signature*

City and state:  Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/30/2021, and the person was arrested on *(date)* 12/1/2021 at *(city and state)* Rapid City, South Dakota |
| Date: 12/1/2021     *Arresting officer's signature* |
|     Chris Reinke   Special Agent *Printed name and title* |