# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-mj-672 |
| | : | |
| **RONALD LOEHRKE** and | : | |
| | : | |
| **JAMES HAFFNER,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

Based on the representations in the government's Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, ECF No. 29, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the status hearing currently scheduled on May 17, 2022, be continued for good cause to September 13, 2022, at 1:00 p.m.; and it is further **ORDERED** that the time between May 17, 2022, and September 13, 2022, shall be excluded from calculation under the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery and allow time for the defendant and counsel to discuss the best path forward in this case.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE